Same case below, 443 Fed. Appx. 822.

**No. 11-7038. Richard Rivera, Petitioner v. United States.**

565 U.S. 1071, 132 S. Ct. 791, 181 L. Ed. 2d 506, 2011 U.S. LEXIS 8447.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 441 Fed. Appx. 87.

**No. 11-7039. Franklin Robinson, Petitioner v. United States.**

565 U.S. 1071, 132 S. Ct. 791, 181 L. Ed. 2d 506, 2011 U.S. LEXIS 8325.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 436 Fed. Appx. 82.

**No. 11-7044. Antonio Ciranda-Sanchez, Petitioner v. United States.**

565 U.S. 1071, 132 S. Ct. 791, 181 L. Ed. 2d 506, 2011 U.S. LEXIS 8348.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 448 Fed. Appx. 696.

**No. 11-7045. Larry Wayne Drumwright, Petitioner v. United States.**

565 U.S. 1071, 132 S. Ct. 791, 181 L. Ed. 2d 506, 2011 U.S. LEXIS 8449.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-7053. Shaneka Pittman, Petitioner v. United States.**

565 U.S. 1071, 132 S. Ct. 792, 181 L. Ed. 2d 506, 2011 U.S. LEXIS 8452.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 432 Fed. Appx. 476.

**No. 11-7060. Jelani Solomon, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 792, 181 L. Ed. 2d 506, 2011 U.S. LEXIS 8316.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 424 Fed. Appx. 81.

**No. 11-7062. Santana Sanchez, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 792, 181 L. Ed. 2d 506, 2011 U.S. LEXIS 8352.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7065. Joseph J. Campbell, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 792, 181 L. Ed. 2d 506, 2011 U.S. LEXIS 8450.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 445 Fed. Appx. 657.